# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: TERMINATION OF LEGACY ANTITRUST JUDGMENTS IN THE MIDDLE DISTRICT OF GEORGIA | Civil Action No. ____ |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br>         v. <br><br> ATLANTIC COMPANY, *et al*., <br>     Defendants. | Civil Action No. 719 |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br>         v. <br><br> HEYWARD ALLEN MOTOR COMPANY, INC., *et al*., <br>     Defendants. | Civil Action No. 771 |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br>         v. <br><br> SOUTHEASTERN PEANUT ASSOCIATION, <br>     Defendant. | Civil Action No. 777 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>                        v.<br><br>TOM'S FOODS LTD.,<br>        Defendant. | Civil Action No.  75-28-COL |

### MOTION OF THE UNITED STATES TO ADMINISTRATIVELY CONSOLIDATE AND TERMINATE LEGACY ANTITRUST JUDGMENTS

The United States moves to administratively consolidate the four above-captioned antitrust cases, and to terminate the judgments in each of these cases pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  As explained in the accompanying Memorandum in Support of the Motion of the United States to Terminate Legacy Antitrust Judgments, the United States has concluded that because of their age and changed circumstances since their entry, these decades-old judgments no longer serve to protect competition.  The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgments in the above-captioned cases; it received no comments opposing termination.  For these and other reasons explained in the accompanying memorandum, the United States requests that these judgments be terminated.

2

                                          Respectfully submitted,

Dated:  April 23, 2019                  */s/ Barry L. Creech*

                                        Barry L. Creech (DC Bar No. 421070)
                                        Trial Attorney
                                        Antitrust Division
                                        United States Department of Justice
                                        450 Fifth St, NW; Suite 4042
                                        Washington, DC 20530
                                        Phone: (202) 307-2110
                                        Fax:    (202) 307-5802
                                        Email:  barry.creech@usdoj.gov

Case 5:19-mc-00004-CDL   Document 1   Filed 04/23/19   Page 3 of 3