**APPENDIX B:**

**SUMMARY OF REASONS FOR TERMINATING EACH JUDGMENT**

**(Ordered by Year Judgment Entered)**

**UNITED STATES v.**
**ATLANTIC COMPANY,** *et al.*
Civil Action No. 719

**Year Judgment Entered**: 1952

**Section of Judgment Retaining Jurisdiction:** 6

**Description of Judgment**: Defendants enjoined from, among other things, fixing prices, engaging in predatory pricing, and allocating customers or markets for the sale of ice.

**Reasons Judgment Should Be Terminated**:
- Judgment more than ten years old.
- The five corporate defendants to which the Final Judgment applies appear to no longer be in business from a search of corporate records with the Georgia Secretary of State's office. No information could be found on the two individual defendants from a search of publically available information.
- Judgment terms largely prohibit acts the antitrust laws already prohibit (price fixing, predatory pricing, and customer/market allocation).

**Public Comments**: None.

## UNITED STATES v.
## HEYWARD ALLEN MOTOR COMPANY, INC., *et. al.*
Civil Action No. 771

**Year Judgment Entered**: 1971

**Section of Judgment Retaining Jurisdiction**:  VIII

**Description of Judgment**:  Defendants enjoined from, among other things, fixing prices for parts and/or labor for auto repairs.

**Reasons Judgment Should Be Terminated**:
- Judgment more than ten years old.
- Seven of eleven corporate defendants appear to no longer be in business from a search of corporate records with the Georgia Secretary of State's office.
- Judgment terms largely prohibit acts the antitrust laws already prohibit (price fixing).

**Public Comments**: None.

## UNITED STATES v.
## SOUTHEASTERN PEANUT ASSOCIATON, *et al.*
Civil Action No. 777

**Year Judgment Entered**: 1973

**Section of Judgment Retaining Jurisdiction**: VIII

**Description of Judgment**: Defendant enjoined from, among other things, (1) fixing the commission or fee paid to brokers of shelled peanuts, (2) restricting the use of credit in sales of shelled peanuts, and (3) boycotting or urging any of its members to boycott any broker of shelled peanuts.

**Reasons Judgment Should Be Terminated**:
- Judgment more than ten years old.
- Sole defendant no longer appears to be in business from a search of corporate records with the Georgia Secretary of State's office.
- Judgment terms largely prohibit acts the antitrust laws already prohibit (price fixing, group boycotts).

**Public Comments**:  None.

## UNITED STATES v.
## TOM'S FOODS LTD.
Civil Action No.: 75-28-COL

**Year Judgment Entered:** 1975

**Section of Judgment Retaining Jurisdiction:** IX

**Description of Judgment**: Defendant, a manufacturer of snack foods, enjoined from, among other things, agreeing with any competitor to restrict or interfere with the sale of such products to distributors or to restrict, fix, or interfere with the prices paid by distributors for such products.

**Reasons Judgment Should Be Terminated**:
- Judgment more than ten years old.
- Judgment terms largely prohibit acts the antitrust laws already prohibit (price fixing).

**Public Comments**: None.