**APPENDIX C:**

**PROPOSED ORDER TERMINATING FINAL JUDGMENTS**

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: TERMINATION OF LEGACY ANTITRUST JUDGMENTS IN THE MIDDLE DISTRICT OF GEORGIA | Civil Action No. ____ |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>ATLANTIC COMPANY, *et al.*,<br>　　　Defendants. | Civil Action No. 719 |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>HEYWARD ALLEN MOTOR COMPANY, INC., *et al.*,<br>　　　Defendants. | Civil Action No. 771 |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>SOUTHEASTERN PEANUT ASSOCIATION,<br>　　　Defendant. | Civil Action No. 777 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>               v.<br><br>TOM'S FOODS LTD.,<br>    Defendant. | Civil Action No.  75-28-COL |

### [PROPOSED] ORDER TERMINATING FINAL JUDGMENTS

The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in the above-captioned cases, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate these final judgments, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgments are hereby terminated.

Dated: _____        _____
                                                                    United States District Court Judge
                                                                    Middle District of Georgia