# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: TERMINATION OF LEGACY ANTITRUST JUDGMENTS IN THE MIDDLE DISTRICT OF GEORGIA | Civil Action No. 5:19-mc-00004-CDL |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> ATLANTIC COMPANY, *et al.*, <br>     Defendants. | Civil Action No. 719 |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> HEYWARD ALLEN MOTOR COMPANY, INC., *et al.*, <br>     Defendants. | Civil Action No. 771 |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> SOUTHEASTERN PEANUT ASSOCIATION, <br>     Defendant. | Civil Action No. 777 |

| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | |
|---|---|
| 　　　　　　　　v. | Civil Action No. 75-28-COL |
| TOM'S FOODS LTD.,<br>　　　Defendant. | |

**ORDER TERMINATING FINAL JUDGMENTS**

The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in the above-captioned cases, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate these final judgments, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgments are hereby terminated.

Dated: May 20, 2019　　　　　　　　　　　　S/Clay D. Land
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　Middle District of Georgia

2